IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORMAN EVANS McELROY, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:10-CV-1035-WKW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

On January 15, 2013, the Magistrate Judge filed a Report and Recommendation (Doc. # 19) regarding Petitioner Norman McElroy's Motion under 28 U.S.C. § 2255 (Doc. # 1). Petitioner filed no timely objections. Based upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 19) is ADOPTED;

2. Petitioner McElroy's 28 U.S.C. § 2255 motion is DENIED.

An appropriate judgment will be entered.

DONE this 5th day of February, 2013.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE